# ATTACHMENT 1

FILED/REC'D
2025 OCT 27 A 11: 10
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

# COMPLAINT FORM
(for non-prisoner filers without lawyers)

## IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF Wisconsin

(Full name of plaintiff(s))

**Ursula C. Hymes Fecht**

vs

(Full name of defendant(s))

Brooke Leslie Rollins United States Secretary of Agriculture

**Department of Agriculture**

**USDA Food Safety and Inspection Service**

Case Number:

**25 CV 878 JDP**

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** and resides at
   (State)

   **6401 Palfrey Road Shullsburg Wisconsin 53586**
   (Address)

   (If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.  Defendant **Brooke Leslie Rollins United States Secretary of Agriculture**
    (Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for **Department of Agriculture (USDA Food Safety and Inspection Service)**
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.  Who violated your rights;
2.  What each defendant did;
3.  When they did it;
4.  Where it happened; and
5.  Why they did it, if you know.

Statement of claim

I certify that on Febuary 2nd 2024, Complainant filed an Objection

for Summary Judgement. The complainant objects to the Agency's

(Hymes-Fecht vs USDA EEOC440-2023-00167X) move for decision

by Administrative Judge Stephen A. Braunlich on January 4th 2024 without hearing

because there are genuine disputes of material facts at issue requiring a hearing.

This brief was in response to the Agency submitted a motion for a decision without a

hearing, after failing to disclose documents during discovery. This brief was filed

with the EEOC's office of Federal Operations and served on the

Agency, U.S Department of Agriculture via the EEOC Pubic Portal.

C.  JURISDICTION

☑  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Relief Wanted The entire cost of bringing this case against USDA.

Out of pocket health care expences since August 5th 2022.

Compensatory damages maximum allowed, retroactive placement in a job and car

(diffement FLS), back pay/retirement pay, provide accommodations, restoration of

leave, reinstatemenment of time of service, expunge adverse material, training/

promotion, and apology.

E.  **JURY DEMAND**

☐ Jury Demand - I want a jury to hear my case
   OR
☑ Court Trial – I want a judge to hear my case

Dated this __24__ day of __October__ 20__25__.

Respectfully Submitted,

_Marla Claire Hymes Fechit_
Signature of Plaintiff

__608 965-3549__
Plaintiff's Telephone Number

__uchymes@hotmail.com__
Plaintiff's Email Address

__6401 Palfrey Road__
__Shullsburg WI 53586__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☑ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.